IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL TILLI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-4435 |
| WILLIAM FORD, et al., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 24th day of September, 2013, upon consideration of Plaintiff, Daniel Tilli's, "Motion to Recuse Judges" (Doc. No. 3), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE