IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL TILLI, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 13-4435 |
| WILLIAM FORD, et al., | |
| Defendants. | |

# O R D E R

**AND NOW**, this 9th day of October, 2013, upon consideration of Defendant, William Ford's, and Defendants, Andrea Naugle and the County of Lehigh's, separately filed Motions to Dismiss (Docs. 6, 7), and Plaintiff's Responses thereto, it is hereby **ORDERED** that said Motions are **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE